UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **VALERIE DAVIS SHAW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 4:17-cv-02351 JCH |
| ) | |
| ) | |
| **ATLANTIC CREDIT & FINANCE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed WITHOUT prejudice as to all Defendants and with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| STURYCZ LAW GROUP, LLC | FRANKEL, RUBIN, KLEIN, DUBIN, SIEGEL & PAYNE, P.C. |
| /s/ Nathan D. Sturycz | /s/ Jacob M. Glickfield (w/ consent) |
| Nathan D. Sturycz<br>100 N. Main, Suite 11<br>Edwardsville, IL 62025<br>Telephone: 877-314-3223<br><br>Fax: 314-667-2733<br><br>nathan@sturyczlaw.com<br>*Attorney for Plaintiff* | Jacob M. Glickfield, Esq.<br>231 South Bemiston Ave, Suite 1111<br>Clayton, MO 63105<br>Phone: 314-725-8000<br>Fax: 314-726-5837<br>*Attorney for Defendant* |

## CERTIFICATION OF SERVICE

I hereby certify that on April 3, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

   /s/Nathan D. Sturycz